MELISSA HOLYOAK, United States Attorney (#9832)
PETE REICHMAN, Special Assistant United States Attorney (#15241)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 380-4678
Email: peterr@utahcounty.gov

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN MARCELO TELLEZ HERNANDEZ,<br><br>Defendant. | Case No. 2:26mj497 CMR<br><br>COMPLAINT<br><br>Count 1: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute (> 400 grams); and<br><br>Count 2: 21 U.S.C. § 841(a)(1), Possession of Heroin with Intent to Distribute (> 100 grams);<br><br>Judge Cecilia M. Romero |

Before Judge Cecilia M. Romero, United States Magistrate Judge for the District of Utah, appears the undersigned, who on oath deposes and says:

**COUNT 1**
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about June 2, 2026, in the District of Utah,

BRYAN MARCELO TELLEZ HERNANDEZ,

defendant herein, did knowingly and intentionally possess with intent to distribute four hundred (400) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [1-

( 2-phenylethyl ) -4-piperidinyl ] propanamide (“Fentanyl”), a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

**COUNT 2**
21 U.S.C. § 841(a)(1)
(Possession of Heroin with Intent to Distribute)

On or about June 2, 2026, in the District of Utah,

BRYAN MARCELO TELLEZ HERNANDEZ,

defendant herein, did knowingly and intentionally possess with intent to distribute one hundred (100) grams or more of a mixture or substance containing a detectable amount of Heroin, a Schedule I controlled substance, within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

**ELEMENTS**

The elements of Count 1, Possession of Fentanyl with Intent to Distribute, a violation of 21 U.S.C. § 841(a)(1), are as follows:

1. The defendant possessed a mixture or substance containing Fentanyl, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812;
2. He did so knowingly and intentionally;
3. At the time the defendant possessed the mixture or substance containing Fentanyl, he intended to distribute it; and
4. The amount of Fentanyl he intended to distribute was 400 grams or more.

The elements of Count 2, Possession of Heroin with Intent to Distribute, a violation of 21 U.S.C. § 841(a)(1), are as follows:

1. The defendant possessed a mixture or substance containing Heroin, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812;
2. He did so knowingly and intentionally;

3. At the time the defendant possessed the mixture or substance containing Heroin, he intended to distribute it; and

4. The amount of Heroin he intended to distribute was 100 grams or more.

## STATEMENT OF PROBABLE CAUSE

Complainant, Holden Fielding, being duly sworn, hereby states that this Felony Complaint is based on information obtained through an investigation consisting of the following:

1. I am a Special Agent with the Department of Homeland Security Investigations and am currently assigned as a liaison with the Utah County Major Crimes Taks Force (UCMC) and am tasked with investigating drug trafficking in the District of Utah.

2. On June 2, 2026, law enforcement executed a search warrant at a residence in West Valley City, Utah. Prior to the execution of the search warrant, the target of the investigation was located in his vehicle and identified as Bryan Marcelo Tellez HERNANDEZ. The search of HERNANDEZ's vehicle and residence revealed approximately 518 grams of fentanyl pills (field-tested positive) and 320 grams of heroin (field-tested positive).

3. HERNANDEZ told law enforcement that he gives the money he receives for the drugs to another member of the organization for it to be sent to Mexico.

4. Based on training and experience, I know that the quantity of fentanyl and heroin seized from HERNANDEZ are consistent with distribution as opposed to personal use.

//

//

//

//

//

5. Based on the foregoing information, I respectfully request an arrest warrant be issued for HERNANDEZ for violations of 21 U.S.C. § 841(a)(1), Possession of Fentanyl and Heroin, both with Intent to Distribute.

/s/ *Holden Fielding*

______________________________
Holden Fielding
Special Agent, HSI

SUBSCRIBED AND SWORN TO BEFORE ME this 9th day of June 2026.

Cecilia M. Romero
______________________________
Judge Cecilia M. Romero
United States Magistrate Judge

APPROVED AS TO FORM:

MELISSA HOLYOAK
First Assistant United States Attorney

/s/ *Peter Reichman*

__________________________
Peter Reichman
Special Assistant United States Attorney